IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH W. EVANS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04cv50-T |
| | ) | (WO) |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| | ) | |
| Respondent. | ) | |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 7, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the instant 28 U.S.C. § 2241 petition for habeas relief is DISMISSED as moot since a more favorable decision on the merits would not entitle the petitioner to any additional relief.

DONE, this the 25th day of April, 2005.

              /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE